EILEEN M. DECKER
United States Attorney
PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, National Security Division
ANNAMARTINE SALICK (Cal. Bar No. 309254)
MELISSA MILLS (Cal. Bar No. 248529)
Assistant United States Attorneys
Terrorism and Export Crimes Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3424/0627
     Facsimile: (213) 894-7631
     E-mail:    Annamartine.Salick2@usdoj.gov
                Melissa.Mills@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | SA CR No. 15-122-JLS |
|---|---|
| Plaintiff, | STIPULATION REGARDING REQUEST FOR CONTINUANCE OF BRIEFING SCHEDULE |
| v. | |
| PETER RONALD WEXLER, | |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant Peter Ronald Wexler ("defendant"), by and through his counsel of record, Marri Derby and Caleb Mason, hereby stipulate as follows:

   1.   This case went to trial before a jury beginning on August 23, 2016. On September 1, 2016, the jury acquitted defendant on four of the 20 counts charged in the indictment and informed the Court that they were deadlocked as to the remaining 16 counts. The Court declared a mistrial as to the remaining counts.

2.   On August 27, 2016, defendant filed a Motion for Judgment of Acquittal Pursuant to Rule 29(a) of the Federal Rules of Criminal Procedure.  (CR 184.)  The government filed its opposition to that motion on August 30, 2016.  (CR 189.)  That motion remains pending, and on September 1, 2016, the Court set a briefing schedule as follows: defendant's supplemental briefing in support of his motion for judgment of acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure is due September 15, 2016; and the government's opposition is due September 29, 2016.  (196.)

3.   Defendant is released on bond pending trial.  The parties estimate that the retrial in this matter will last approximately 5-6 days.

4.   By this stipulation, defendant and the government move to continue the briefing schedule as follows:  defendant's supplemental briefing in support of his motion for a judgment of acquittal will be due October 13, 2016; and the government opposition will be due October 27, 2016.

5.   The parties are engaged in post-verdict discussions about possible resolutions of the case that may obviate the need for a retrial or for further briefing.  The parties believe that a

///
///

continuance of the Rule 29 briefing schedule will allow the parties time to consider possible alternatives to a retrial.

    IT IS SO STIPULATED.

Dated: September 14, 2016      Respectfully submitted,

EILEEN M. DECKER
United States Attorney

PATRICIA A. DONAHUE
Assistant United States Attorney
Chief, Criminal Division

      /s/
ANNAMARTINE SALICK
MELISSA MILLS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

    I am Peter Ronald Wexler's attorney.  I have carefully discussed every part of this stipulation with my client.  I believe that my client's request for a continuance of the briefing schedule is an informed and voluntary one.

    */s/ per 9/14/2014 email*
    *authorizing electronic signature*   *9/14/2016*
MARRI DERBY                                Date
CALEB MASON
Attorneys for Defendant
Peter Ronald Wexler